50 So.3d 783 (2010)
PROGRESSIVE AMERICAN INSURANCE COMPANY, Petitioner,
v.
Maikel ORTEGA, Respondent.
No. 3D10-2172.
District Court of Appeal of Florida, Third District.
December 29, 2010.
Seipp & Flick and Douglas H. Stein and Stephanie Martinez, Miami, for petitioner.
Mark J. Feldman, Miami, for respondent.
Before RAMIREZ, C.J., and SUAREZ and ROTHENBERG, JJ.
*784 PER CURIAM.
Denied. See Duncan v. United Auto. Ins. Co., 49 So.3d 312 (Fla. 3d DCA 2010).